# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO 13-02384-ESL |
| JORGE A. VAZQUEZ VILLANUEVA<br>IDALISSE SOTO LOPEZ | CHAPTER 13 |

## MOTION SUBMITTING AMENDED PLAN

**TO THE HONORABLE COURT:**

Come now Debtor, represented by the undersigned attorney, and very respectfully avers and prays as follows:

1. On March 27, 2013, the debtor filed a Chapter 13 Plan under the provisions of the Bankruptcy Code.

2. The undersigned herein submits an amended Chapter 13 plan dated April 26, 2013.

**WHEREFORE** applicant prays from this Honorable Court to take notice of the aforementioned information and grant any appropriate relief.

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this April 26, 2013.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. Furthermore, I certify that notification to all non CM/ECF participants of record are being notified by first class mail.

**EMG Despacho Legal, C.R.L.**
Edificio La Electrónica
Suite 201-A, Calle Bori 1608
San Juan, Puerto Rico 00927
Tel: (787) 753-0055
e-mail: lcdomangual@gmail.com

**By: /s/*Edgardo Mangual González*** 
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113


**By: /s/*José L. Jiménez Quiñones***
JOSE L. JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                          Case No. **13-02384-ESL**

**VAZQUEZ VILLANUEVA, JORGE A & SOTO LOPEZ, IDALISSE**                       Chapter **13**
                         Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                    ☑ AMENDED PLAN DATED: **4/26/2013**
  ☐ PRE ☐ POST-CONFIRMATION                            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **12** = $ **2,400.00**
$ **515.00** x **48** = $ **24,720.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **27,120.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **27,120.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,675.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **First Federal Savings**    Cr. _____    Cr. _____
 # **CL#1**                      # _____       # _____
 $ **20,668.25**                 $ _____       $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
 # _____      # _____      # _____
 $ _____      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
 # _____      # _____      # _____
 $ _____      $ _____      $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **First Federal Savings**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
 # _____      # _____      # _____
 $ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**ATTYS FEES TO BE PAID FIRST.**

**ANY POST PETITION INCOME TAX REFUNDS THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASED, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUNDS.**

Signed: **/s/ JORGE A VAZQUEZ VILLANUEVA**
         Debtor

         **/s/ IDALISSE SOTO LOPEZ**
         Joint Debtor

Attorney for Debtor **EMG Despacho Legal, CRL** _____    Phone: **(787) 753-0055**

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          FIRST BANK PUERTO RICO              US Bankruptcy Court District of P.R.
0104-3                                   PO BOX 9146                         Jose V Toledo Fed Bldg & US Courthouse
Case 13-02384-ESL13                      SAN JUAN, PR 00908-0146             300 Recinto Sur Street, Room 109
District of Puerto Rico                                                      San Juan, PR 00901-1964
Old San Juan
Tue Apr 23 17:35:55 AST 2013

CRIM                                     Cap1/bstby                          Conrad Accpt
PO BOX 195387                            Po Box 5253                         PO BOX 469108
SAN JUAN, PR 00919-5387                  Carol Stream, IL 60197-5253         Escondido, CA 92046-9108


FIA CARD SERVICES                        FIRSTBANK PUERTO RICO               First Federal Savings
P.O. BOX 15019                           BANKRUPTCY DIVISION                 Ponce De Leon Av Stop 23
WILMINGTON, DE 19886-5019                PO BOX 9146                         San Juan, PR 00901
                                         SAN JUAN PR 00908-0146


TREASURY SECRETARY                       United States Department of Education   Us Dept Of Ed/glelsi
DEPARTAMENTO DE HACIENDA                 Claims Filing Unit                      Po Box 7860
P.O. BOX 9024140                         P O Box 8973                            Madison, WI 53707-7860
SAN JUAN, PR 00902-4140                  Madison, WI 53708-8973


VAZQUEZ & VIZCARRONDO                    EDGARDO MANGUAL GONZALEZ            IDALISSE SOTO LOPEZ
PO BOX 195389                            EMG DESPACHO LEGAL, CRL.            10 TANAMA STREET
SAN JUAN, PR 00919-5389                  EDIFICIO LA ELECTRONICA             RIVER PLANTATION
                                         SUITE 201-A, CALLE BORI 1608        CANOVANAS, PR 00729-4302
                                         SAN JUAN, PR 00927-6112


JORGE A VAZQUEZ VILLANUEVA               JOSE RAMON CARRION MORALES          MONSITA LECAROZ ARRIBAS
10 TANAMA STREET                         PO BOX 9023884                      OFFICE OF THE US TRUSTEE (UST)
RIVER PLANTATION                         SAN JUAN, PR 00902-3884             OCHOA BUILDING
CANOVANAS, PR 00729-4302                                                     500 TANCA STREET SUITE 301
                                                                             SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```